Action by the Town of Lima against Melissa M. Morgan and another.

PER CURIAM. Judgment affirmed, with costs.

ROBSON, J., not sitting.

---

TRAITEL MARBLE CO. v. BROWN BROS., Inc. (Supreme Court, Appellate Division, First Department. July 11, 1913.) Action by the Traitel Marble Company against Brown Bros., Incorporated. No opinion. Application granted. Order signed. See, also, 135 N. Y. Supp. 12.

---

TUTTLE v. FIELD et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by C. Percy Tuttle, as trustee, against Leonard J. Field and others. W. R. Page, of New York City, for appellant. A. Benedict, of New York City, for respondents. No opinion. Judgment and order affirmed, without costs. Order filed.

---

TWEEDIE TRADING CO. v. CARIG et al. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by the Tweedie Trading Company against George F. Carig and others. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

---

UNIACK, Appellant, v. MERCHANTS' UNION ICE CO., Respondent. (Supreme Court, Appellate Division, First Department. June 6, 1913.) Action by Cornelius Uniack against the Merchants' Union Ice Company. L. F. Fish, of New York City, for appellant. N. Lyon, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

In re UNION FREE SCHOOL DIST. No. 1, OF TOWN OF WHITE PLAINS, WESTCHESTER COUNTY. (Supreme Court, Appellate Division, Second Department. June 27, 1913.) In the matter of the application of the Union Free School District No. 1 of the Town of White Plains, Westchester County, to acquire title to certain lands, etc. No opinion. Order modified, by disallowing the item of $256.75 for expenses incurred prior to commissioners' appointment, and, as so modified, affirmed, without costs of appeal.

---

UNITED STATES LEASING & HOLDING CO. v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. July 10, 1913.) Appeal from Trial Term, New York County. Action for nuisance by the United States Leasing & Holding Company against the New York Central & Hudson River Railroad Company. Judgment for the plaintiff, and defendant appeals. Reversed, and complaint dismissed. Robert A. Kutschback, of New York City, for appellant. Joseph A. Shay, of New York City, for respondent.

PER CURIAM. The plaintiff neither alleged nor proved that the railroad was operated negligently or unreasonably. There is no finding of negligent or unreasonable use. The case is almost identical with Friedman v. N. Y. & Harlem R. R. Co., 89 App. Div. 38, 85 N. Y. Supp. 404; affirmed 180 N. Y. 550, 73 N. E. 1123. See, also, McCarthy v. National Carbonic Gas Co., 189 N. Y. 40, 81 N. E. 549, 13 L. R. A. (N. S.) 465, 12 Ann. Cas. 840. Judgment reversed, and complaint dismissed, with costs.

---

UNITED STATES TRUST CO. OF NEW YORK, Respondent, v. VAN DAMM, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 20, 1913.) Action by the United States Trust Company of New York against Heloise F. Van Damm, impleaded with others. G. C. O'Brien, of New York City, for appellant. C. W. McKelvey, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re UTTING'S ESTATE. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) In the matter of the estate of William W. Utting, deceased. No opinion. Decree unanimously affirmed, with costs.

---

VALENTINO et al., Respondents, v. SCHANTZ et al., Appellants. (Supreme Court, Appellate Division, Third Department. July 8, 1913.) Action by Pasquale Valentino and another against Philip Schantz and another.

PER CURIAM. Judgment appealed from modified, by striking out the provision for extra allowance, and the words "or thing whatsoever" in the fifth provision of the judgment, and, as modified, affirmed, with costs. See, also, 153 App. Div. 934, 138 N. Y. Supp. 1147.

HOWARD, J., not sitting.

---

VALVO, Respondent, v. WEBSTER CITIZENS' CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1913.) Action by Mary Valvo, as administratrix, etc., against the Webster Citizens' Company.

PER CURIAM. Judgment and order affirmed, with costs.

LAMBERT, J., not sitting.

---

VAN NESS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1913.) Action by Seely S. Van Ness against the Erie Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff shall, within 10 days, stipulate to modify the order by striking out the provision for the trebling of the damages to certain property, and reduce the recovery to the actual damages, viz., $938.75, as of the date of the rendition of the verdict, in which event the order and the judgment are modified accordingly, and, as so modified, are affirmed, without costs of this appeal to either party. Held, that plaintiff is not entitled to recover treble damages against the defendant.